NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ROBERT L. POTT and ALTALEE
JACKSON,

        Appellants,

v.

DEPARTMENT OF BUSINESS AND
PROFESSIONAL REGULATION,
CONSTRUCTION INDUSTRY
LICENSING BOARD,

        Appellee.

Case No. 2D18-4062

Opinion filed November 1, 2019.

Appeal from the Construction Industry
Licensing Board.

Robert L. Pott and Altalee Jackson, pro se.

Ross Marshman, Tallahassee, for Appellee.


PER CURIAM.


      Affirmed.


KHOUZAM, C.J., and VILLANTI and SLEET, JJ., Concur.